PEOPLE ex rel. LEAKE & WATTS OR-PHAN HOUSE v. NEVILLE et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Proceeding by the People of the State of New York, on the relation of the Leake & Watts Orphan House, against Robert H. Neville and others. No opinion. Motion denied, on condition that the appellant perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE ex rel. LYONS, Appellant, v. HOPPER, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York, on the relation of John J. Lyons, against John J. Hopper, as Register, etc. A. J. Talley, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. MOORE, Respondent, v. DOOLEY, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Proceeding by the People of the State of New York, on the relation of Benjamin E. Moore, against John Dooley, as President, etc. B. J. Wright, of New York City, for appellant. T. A. McCole, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. NATIONAL NASSAU BANK, Appellant, v. PRENDERGAST, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York, on the relation of the National Nassau Bank, against William A. Prendergast, as Comptroller, etc. S. Bacon, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. NETHERCOTT v. WALDO. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Proceeding by the People of the State of New York, on the relation of Stephen A. Nethercott, against Rhinelander Waldo, as Commissioner, etc. C. E. Sutherland, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. PHILLIPS v. HANLEY, Warden. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Proceeding by the People of the State of New York, on the relation of Henry W. Phillips, against John J. Hanley, Warden, etc. No opinion. Motion denied. Order filed. See, also, 149 N. Y. Supp. 452.

PEOPLE ex rel. RYAN v. McKAY. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Proceeding by the People of the State of New York, on the relation of John T. Ryan, against Douglas I. McKay, as Commissioner. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. SOMMER v. LAUER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York, on the relation of Nathan Sommer, against Edgar J. Lauer, as Justice, etc. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. VON CLAUSSEN v. SCHLETH, Warden, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Proceeding by the People of the State of New York, on the relation of Ida Von Claussen, against Henry Schleth, Warden of the City Prison, etc. No opinion. Motion for stay denied, and temporary stay vacated.

PEOPLE ex rel. WEISS v. PHILIP BERNSTEIN SICK & BENEFIT SOCIETY. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People, of the State of New York, on the relation of Isidor Weiss, against the Philip Bernstein Sick & Benefit Society. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 161 App. Div. 823, 146 N. Y. Supp. 886.

PEOPLE ex rel. WILKINSON v. FROTHINGHAM. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Proceeding by the People of the State of New York, on the relation of James Wilkinson, against Edgar V. Frothingham. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. YOUNG et al., Respondents, v. GULVIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Proceeding by the People of the State of New York, on the relation of G. B. Young and others, against Reuben H. Gulvin and others.

PER CURIAM. Judgment (149 N. Y. Supp. 117) affirmed, with costs, upon the opinion of SUTHERLAND, J., delivered at the Trial Term.

ROBSON, J., not sitting.